# Third District Court of Appeal

## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0026
Lower Tribunal No. 18-25630
_____

**Amy Knights,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Font & Nelson, PLLC, and Jose P. Font, and James C. Thomas (Fort Lauderdale), for appellant.

Roig Lawyers, and Abbi Freifeld Carr, and Jeffrey R. Geldens (Deerfield Beach), for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Appellant Amy Knights appeals a final judgment entered in favor of Appellee Citizens Property Insurance Corporation. Knight sued Citizens under her homeowner's insurance policy seeking recovery for damages allegedly caused by a water heater leak. Citizens denied coverage on the basis that the leak was determined to be caused by constant, repeated leakage or seepage, a cause specifically excluded by the policy. A jury returned a verdict in favor of Citizens. Knights argues on appeal that the verdict was a product of error, either because the trial court erroneously rejected her proposed jury instructions and verdict form, or because the trial court used the wrong instruction and verdict form. We disagree. Finding no abuse of discretion by the trial court, we affirm. See St. Paul Mercury Ins. Co. v. Coconut Grove Bank, 106 So. 3d 452, 454 (Fla. 3d DCA 2009); Gonzalez v. Rose, 752 So. 2d 39, 41-42 (Fla. 3d DCA 2000); Sorrells v. Montesino, 2 So. 3d 297, 299 (Fla. 4th DCA 2008).

Affirmed.